

# THE ATTORNEY GENERAL
## OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

This opinion was withdrawn.

Opinion # WW-560